IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JASON SHEPPARD,  )
    Petitioner,  )
      )
      ) Crim. Action No. 10-119
  v.  ) Civil Action No. 13-1667
      )
UNITED STATES OF AMERICA,  )
    Respondent.  )

## JUDGMENT ORDER

AND NOW, this 5th day of March, 2014, the Court having denied Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                                          S/Maurice B. Cohill, Jr.
                                          Maurice B. Cohill, Jr.
                                          Senior District Court Judge

cc:

    Jason Sheppard
    32102-068
    Lexington
    Federal Medical Center
    Inmate Mail/Parcels
    Box 14500
    Lexington, KY 40512