IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON SHEPPARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) Civ. No. 13-1667 |
| | ) Civ. No. 14-1305 |
| vs. | ) Crim. No. 10-119 |
| | ) |
| UNITED STATES OF AMERICA. | ) |

## MEMORANDUM ORDER

The Clerk of Courts has received a document from Defendant/ Petitioner Jason Sheppard dated January 14, 2015. Sheppard requested that the document be docketed at the following cases: CR10-119, CR 13-278, CV13-1667, and CV14-1305. I am the presiding judge over three of the four cases: CR10-119, CV13-1667, and CV14-1305. The Honorable Cathy Bissoon is the presiding judge over the remaining case: CR 13-278.

In the document, Defendant/Petitioner requests that the Court issue an order "for copies of the internal investigation results, as well as the actual case work and evidence." This cannot be done with respect to the three cases over which this Court presides; CR10-119 and CV14-1305 are closed and CV13-1667 is on appeal.

AND NOW, this 28th day of January, 2015, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant/Petitioner's request is DENIED.

Maurice B. Cohill, Jr.
Senior United States District Court Judge